UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Michael I. Assad
Law Office of Mike Assad, P.C.
923 Haddonfield Road
Suite 336
Cherry Hill, NJ 08002
609-808-3300
Email: mike@assad.law

Order Filed on June 22, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

David Anthony Faulks

Case No.: ____26-17139-CMG____

Chapter: _____7_____

Judge: ____Christine M. Gravelle____

## ORDER ON THE APPLICATION TO HAVE THE
## CHAPTER 7 FILING FEE WAIVED

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 22, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

After considering the debtor's *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) the court orders that the application is:

☑ **Granted.** However, the court may order the debtor to pay the fee in the future if developments in administering the bankruptcy case show that the waiver was unwarranted.

❑ **Denied.** The debtor must pay the filing fee according to the following terms:

| You must pay ….. | On or before this date ….. |
|---|---|
| $ _____ | _____ (month/day/year) |
| $ _____ | _____ (month/day/year) |
| $ _____ | _____ (month/day/year) |
| $ _____ | _____ (month/day/year) |

Total: $ _____ 0.00

If the debtor would like to propose a different payment timetable, the debtor must file a motion promptly with a payment proposal. The debtor may use *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A) for this purpose. The court will consider it.

The debtor must pay the entire filing fee before making any more payments or transferring any more property to an attorney, bankruptcy petition preparer, or anyone else in connection with the bankruptcy case. The debtor must also pay the entire filing fee to receive a discharge. If the debtor does not make any payment when it is due, the bankruptcy case may be dismissed and the debtor's rights in future bankruptcy cases may be affected.

❑ A hearing to consider the debtor's application will be held on _____ at _____ at:

Court address: _____

Courtroom number: _____

If the debtor does not appear at this hearing, the court may deny the application.

*Revised 12/1/15*

2