Certificate Number: 13861-NJ-DE-041285494

Bankruptcy Case Number: 26-17139



13861-NJ-DE-041285494

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 4, 2026</u>, at <u>9:13</u> o'clock <u>AM PDT</u>, <u>David Anthony Faulks</u> completed a course on personal financial management given <u>by internet</u> by <u>Evergreen Financial Counseling</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date: <u>August 4, 2026</u>          By: <u>/s/Erin Arispe-Daigle</u>

Name: <u>Erin Arispe-Daigle</u>

Title: <u>Counselor</u>